————o————

SAMUEL E. WILSON, Respondent, *vs.* MYRON W. REED, MYRON
WALLING and L. C. PACE, Appellants.

1. *Practice, Supreme Court—Appeal from Caldwell Common Pleas, etc.*—Appeal
   does not lie directly to the Supreme Court from the Court of Common Pleas
   of Caldwell county. (Smith v. Guerant, 55 Mo., 584, affirmed.)

*Appeal from Caldwell Court of Common Pleas.*

*Low & Dilley,* for Appellants.

*Crosby Johnson,* for Respondent.

ADAMS, Judge, delivered the opinion of the court.

A motion has been filed in this case to dismiss the appeal.
The grounds of this motion are, that an appeal does not lie
directly to this court from the Common Pleas.

This point was directly decided at the last term, in Smith
vs. Guerant, (55 Mo., 584). We held in that case, that, accord-
ing to the act establishing that court, there was no direct ap-
peal to this court. The same point was involved in the case
of Ross vs. Murphy and Langshore vs. Kelso, (56 Mo., 45).

In accordance with these decisions, this appeal must be dis-
missed. The appeal is dismissed; Judge Sherwood absent;
the other judges concur.